# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAUSTEVION JOHNSON,

    Plaintiff,

v.

LCC, et al.,

    Defendants.

Case No. 2:20-cv-01832-ART-NJK

**ORDER**

[Docket No. 34]

Pending before the Court is Plaintiff's motion identifying unserved defendants and requesting issuance of summons. Docket No. 34.

Plaintiff's motion identifies (1) Jacques Thomas, (2) Brian Williams, (3) Julio Calderin, (4) Jennifer Nash, (5) Terry Lindberg, (6) Guy Brown, (7) Basher, and (8) Harris as the remaining unserved defendants in this case. *Id.* at 3. Plaintiff requests the Court issue summons to these defendants and order the U.S. Marshal Service to serve Defendants. *Id.* Pursuant to the screening order, the Attorney General's Office filed a notice identifying the defendants for whom it does not accept service. *See* Docket Nos. 19 at 13 (screening order), 20 (notice of acceptance of service). The Attorney General's Office also filed under seal the last known address of Defendants Terry Lindberg and Guy Brown. Docket No. 21. Plaintiff's motion must provide the full name and address for the defendants whom the Attorney General's Office neither accepts service for and nor provides the address for. Docket No. 19 at 13. Plaintiff has failed to provide addresses for (1) Jacques Thomas, (2) Brian Williams, (3) Julio Calderin, (4) Jennifer Nash, (6) Basher, and (7) Harris. *See* Docket No. 33 at 3.

Accordingly, Plaintiff's motion identifying unserved defendants and requesting issuance of summons is **GRANTED** in part and **DENIED** in part. Docket No. 34. Plaintiff's motion is **GRANTED** as to Defendants Guy Brown and Terry Lindberg. The Court therefore **ORDERS** as follows:

- The Clerk's Office is **INSTRUCTED** to mail Plaintiff two blank copies of the USM-285 form.
- Plaintiff will have twenty days in which to furnish the United States Marshal with the required USM-285 forms with the relevant information as to Defendants Brown and Lindberg included on the form.
- The Clerk's Office will issue summons to Defendants Brown and Lindberg, and deliver the complaint and that summons to the United States Marshal for service.
- Within twenty days after receiving from the United States Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice identifying whether Defendants Brown and Lindberg were served. If service was unsuccessful and Plaintiff wishes to have service attempted again, a motion must be filed identifying the unserved defendants and specifying a detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

Plaintiff's motion is **DENIED** without prejudice as to Defendants (1) Jacques Thomas, (2) Brian Williams, (3) Julio Calderin, (4) Jennifer Nash, (6) Basher, and (7) Harris. Any subsequent motion requesting issuance of summons must provide the full name and address of the defendants to be served.

IT IS SO ORDERED.

Dated: December 13, 2022

Nancy J. Koppe
United States Magistrate Judge