UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVION JOHNSON,<br>    Plaintiff,<br>v.<br>LCC, et al.,<br>    Defendants. | Case No. 2:20-cv-01832-ART-NJK<br><br>**ORDER**<br><br>[Docket Nos. 33, 37] |

Pending before the Court are Plaintiff's motions for an order disclosing attorney and to order addresses filed under seal. Docket Nos. 33, 37.

Plaintiff asks the Court to order the Attorney General's Office to update who is Defendants' counsel in this case. Docket No. 33 at 3. The Attorney General's Office subsequently filed a notice of change of deputy attorney general, notifying the Court that Deputy Attorney General Taylor M. L. Rivich has assumed responsibility for representing Defendants in this case. Docket No. 38 at 1. Accordingly, Plaintiff's motion for an order disclosing attorney is **DENIED** as moot. Docket No. 33.

Plaintiff also asks the Court to order the Attorney General's Office to file under seal the addresses for certain Defendants for whom it had declined to accept service. Docket No. 37 at 3. The Attorney General's Office subsequently filed an errata to its notice of acceptance of service, notifying the Court it had accepted service on behalf of Defendants Michael Bashor, Guy Brown, Julio Calderin, Paul Malay, Jennifer Nash, and Brian Williams. Docket No. 39 at 1. It declined to accept service on behalf Defendants Dequan Harris, Terry Lindberg, and Jacques Thomas. *Id.* at 2. Pursuant to this Court's screening order, Docket No. 19 at 13-14, the Attorney General's Office filed Defendants Dequan Harris, Terry Lindberg, and Jacques Thomas' addresses under

seal. Docket No. 40. Accordingly, Plaintiff's motion to order addresses filed under seal is **DENIED** as moot. Docket No. 37.

     IT IS SO ORDERED.

     Dated: December 27, 2022

Nancy J. Koppe
United States Magistrate Judge