# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LCC, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-01832-ART-NJK<br><br>**ORDER**<br><br>[Docket No. 53] |

Plaintiff has failed to update his address. *See* Docket No. 53. "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Plaintiff is hereby **ORDERED** to file a notice of changed address by May 26, 2023. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE.**

　　　　IT IS SO ORDERED.

　　　　Dated: April 28, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge