1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LAUSTEVEION JOHNSON,

        Plaintiff,

vs.

*LCC et al.*,

        Defendants.

Case No. 2:20-cv-01832-ART-NJK

**ORDER GRANTING**

STIPULATION OF
DISMISSAL WITH PREJUDICE

      Plaintiff, Lausteveion Johnson, in *pro se*, and all Defendants named in this case, by

through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Page 1 of 3

1  Attorney General, hereby stipulate that above-captioned matter should be dismissed with

2  prejudice by order of this Court, with each party to bear their own costs.

3  DATED this __5__ of _October_ 2023.          DATED this 15th ___ of _November_   2023.

4

5                                                                        AARON D. FORD
                                                                        Attorney General

6  By: _____            By: _Andrew C. Nelson_____
7  LAUSTEVEION JOHNSON                        ANDREW NELSON (Bar No. 15971)
   _Plaintiff_                                Deputy Attorney General
8                                            _Attorneys for Defendants_

9

10                                             **IT IS SO ORDERED.**

11

12                                             _____
13                                             Anne R. Traum
                                               United States District Judge
14
                                               DATED: _November 16, 2023_
15

16

17

18

19

20

21

22

23

24

25

26

27

28